Exhibit A

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: James Neu
Arrow Truck Sales Incorporated
3200 MANCHESTER TRAFFICWAY
KANSAS CITY, MO 64127

SOP Transmittal # **540657516**

Entity Served: ARROW TRUCK SALES INCORPORATED (Domestic State: MISSOURI)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ILLINOIS on this 29 day of November, 2021. The following is a summary of the document(s) received:

1. **Title of Action:** BLUE WAY TRUCKING, INC. vs. ARROW TRUCK SALES, INCORPORATED
2. **Document(s) Served:** Other: --
3. **Court of Jurisdiction/Case Number:** None Specified
   Case # 2021L000843
4. **Amount Claimed, if any:** N/A
5. **Method of Service:**

   _X_ Personally served by:     _X_ Process Server     ___ Law Enforcement     ___ Deputy Sheriff     ___ U. S Marshall
   ___ Delivered Via:     ___ Certified Mail     ___ Regular Mail     ___ Facsimile
   ___ Other (Explain):

6. **Date and Time of Receipt:** 11/29/2021 04:35:00 AM CST
7. **Appearance/Answer Date:** None Specified
8. **Received From:** None Specified
9. **Carrier Airbill #** 1ZX212780104452436
10. **Call Made to:** Not required
11. **Special Comments:**
    SOP Papers with Transmittal, via UPS Next Day Air

**Registered Agent:** NATIONAL REGISTERED AGENTS, INC     **CopiesTo:**

866-665-5799 - Telephone
312-263-3928 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by Khalilah Starks

ORIGINAL



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Nov 29, 2021

**Server Name:** Sheriff Drop

| Entity Served | Arrow Truck Sales Incorporated |
|---|---|
| Case Number | 2021L000843 |
| Jurisdiction | IL |



This form is approved by the Illinois Supreme Court and is required to be accepted in all

| STATE OF ILLINOIS, CIRCUIT COURT<br>Will COUNTY | SUMMONS | For Court Use Only<br>* S 0 1 2 0 3 6 0 * |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | BLUE WAY TRUCKING, INC.<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | ARROW TRUCK SALES INCORPORATED<br>**Defendant / Respondent** *(First, middle, last name)* | 2021 L 000843<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | | |
|---|---|---|
| In 1a, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: ARROW TRUCK SALES INCORPORATED<br>Registered Agent's name, if any: National Registered Agents Inc.<br>Street Address, Unit #: 208 S. Lasalle St., Ste. 814<br>City, State, ZIP: Chicago, IL 60604<br>Telephone: _____ Email: _____ | |
| In 1b, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ | |
| In 1c, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff ☐ Sheriff outside Illinois: _____<br>*County & State*<br>☐ Special process server ☐ Licensed private detective | |

Enter the Case Number given by the Circuit Clerk: 2021

\* 5 0 1 2 0 3 6 0 \*

| | | |
|---|---|---|
| In 2, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:**<br>Amount claimed: $ 52,536.80 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Modestas Law Offices, P.C. - Attorney for Plaintiff<br>Street Address, Unit #: 401 S. Frontage Road, Ste. C<br>City, State, ZIP: Burr Ridge, IL 60527<br>Telephone: (630) 323-8300    Email: smodestas@modestaslaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | | |
|---|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** |
| | ☑ a. | To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: Will County Courthouse, 100 West Jefferson St.<br>City, State, ZIP: Joliet, IL 60432 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. | Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>　　　Date　　　　　　Time　　　　　　　　　　　Courtroom<br>**In-person at:**<br>_____<br>Courthouse Address　　City　　　　　　State　　ZIP<br>OR<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>　By telephone: _____<br>　　　　　　　　*Call-in number for telephone remote appearance*<br>　By video conference: _____<br>　　　　　　　　　　*Video conference website*<br>　_____<br>　*Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: _____ or visit their website<br>　　　　　　　　　*Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>　　*Website* |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | | |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** 11/04/2021<br>**Clerk of the Court:** *Andrea Lynn Chasteen* |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.<br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all

| STATE OF ILLINOIS, CIRCUIT COURT<br>Will COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only<br>*5 0 1 2 0 3 6 0* |
|---|---|---|
| **Instructions**<br>Enter above the county name where the case was filed. | BLUE WAY TRUCKING, INC.<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br>ARROW TRUCK SALES INCORPORATED<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2021 L 000843<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                          *First, Middle, Last*
        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
                                     *First, Middle, Last*
        Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2021 \*\*\*\*\*\*\*\*\*\*\*\*

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

\* 5 0 1 2 0 3 6 0 \*

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**          **FEES**

| | | |
|---|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Signature by:* ☐ Sheriff    ☐ Sheriff outside Illinois: _____ *County and State* ☐ Special process server ☐ Licensed private detective | Service and Return: $ _____ Miles _____ $ _____ Total $ 0.00 |

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)
**Anderson** - 930 2919 0133 (password: 236236)
**Archambeault** - 951 2005 0302 (password: 313)
**Dow** - 958 2123 0845 (password: 753923)
**Ewanic** - 955 6908 6067 (password: 011645)
**Garcia** - 756 136 6153 (password: 30734)
**Jarz** - 919 7619 1672 (password: 311311)
**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)
**Nash** - 984 7035 0576 (password: 574662)
**Osterberger** - 954 9877 7674 (password: 111111)
**Pavich** - 963 988 4732 (password: 002002)
**Petrungaro** - 992 7448 0487 (password: 117117)
**Rickmon** - 959 2357 1680 (password: 201201)
**Rossi** - 912 2466 3711 (password: 129129)

---

**Procedure for attorneys or self-represented litigants using a computer with a camera & microphone**

1. Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there.

2. Once Zoom opens, click "join a meeting" on the upper right.

3. Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID.

4. Message box will appear. Click "open Zoom."

5. Message box will ask for the password. Input the assigned judge's password.

6. Screen should load, showing your face. Click "join with video."

7. Message box will appear, click "join with computer audio."

**Procedure for using Zoom on cell phone:**

1. Download the Zoom Cloud Meetings app on your cell phone.

2. Open the app and tap "Sign Up" (by following the prompts).

3. Tap "Join."

4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID.

5. Message box will ask for the password. Input the assigned judge's password.

6. Tap 'Join with video."

7. Tap "call using internet audio."

8. Tap anywhere on the screen to make the header bars appear.

**Procedure for using Zoom on a landline or phone without Zoom app:**

1. Dial one of the below US dial-in numbers:

<u>+1 312 626 6799</u>
<u>+1 929 436 2866</u>
<u>+1 301 715 8592</u>
<u>+1 669 900 6833</u>
<u>+1 253 215 8782</u>
<u>+1 346 248 7799</u>

2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#).

3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#).

---

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21

This form is approved by the Illinois Supreme Court and is required to be accepted in all

| STATE OF ILLINOIS, CIRCUIT COURT<br>Will COUNTY | SUMMONS | For Court Use Only<br>* 5 0 1 2 0 3 6 0 * |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | BLUE WAY TRUCKING, INC.<br>Plaintiff / Petitioner (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | ARROW TRUCK SALES INCORPORATED<br>Defendant / Respondent (First, middle, last name) | 2021 L 000843<br>Case Number |
| Enter the Case Number given by the Circuit Clerk. | ☐ Alias Summons (Check this box if this is not the 1st Summons issued for this Defendant.) | |

| IMPORTANT INFORMATION: | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| Plaintiff/Petitioner: | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. Defendant/Respondent's address and service information:<br>a. Defendant/Respondent's primary address/information for service:<br>Name (First, Middle, Last): ARROW TRUCK SALES INCORPORATED<br>Registered Agent's name, if any: National Registered Agents Inc.<br>Street Address, Unit #: 208 S. Lasalle St., Ste. 814<br>City, State, ZIP: Chicago, IL 60604<br>Telephone: _____ Email: _____ |
|---|---|
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name (First, Middle, Last): _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff    ☐ Sheriff outside Illinois: _____<br>County & State<br>☐ Special process server    ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: 2021

\* 5 0 1 2 0 3 6 0 \*

| In 2, enter the amount of money owed to you. | 2. | **Information about the lawsuit:** |
|---|---|---|
| | | Amount claimed: $ 52,536.80 |

| In 3, enter your complete address, telephone number, and email address, if you have one. | 3. | **Contact information for the Plaintiff/Petitioner:** |
|---|---|---|

Name *(First, Middle, Last):* Modestas Law Offices, P.C. - Attorney for Plaintiff
Street Address, Unit #: 401 S. Frontage Road, Ste. C
City, State, ZIP: Burr Ridge, IL 60527
Telephone: (630) 323-8300    Email: smodestas@modestaslaw.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | 4. | **Instructions for person receiving this *Summons* (Defendant):** |
|---|---|---|

☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:
Address: Will County Courthouse, 100 West Jefferson St.
City, State, ZIP: Joliet, IL 60432

☐ b. Attend court:
On: _____ at _____ ☐ a.m. ☐ p.m. in _____
        *Date*          *Time*                    *Courtroom*
**In-person at:**

_____
*Courthouse Address*    *City*        *State*   *ZIP*
OR

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | |
| In 4b, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): By telephone: _____ *Call-in number for telephone remote appearance* By video conference: _____ *Video conference website* _____ *Video conference log-in information (meeting ID, password, etc.)* Call the Circuit Clerk at: _____ or visit their website *Circuit Clerk's phone number* at: _____ to find out more about how to do this. *Website* |

| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** 11/04/2021 |
|---|---|
| | **Clerk of the Court:** *Andrea Lynn Chasteen* |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date. Date of Service: _____ *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only *5 0 1 2 0 3 6 0* |
|---|---|---|
| Will COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

BLUE WAY TRUCKING, INC.
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

ARROW TRUCK SALES INCORPORATED
**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

2021 L 000843
**Case Number**

---

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____.

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.2 Page 3 of 4 (06/21)

Enter the Case Number given by the Circuit Clerk: 2021

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

* 5 0 1 2 0 3 6 0 *

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____

*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total   $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)
**Anderson** - 930 2919 0133 (password: 236236)
**Archambeault** - 951 2005 0302 (password: 313)
**Dow** - 958 2123 0845 (password: 753923)
**Ewanic** - 955 6908 6067 (password: 011645)
**Garcia** - 756 136 6153 (password: 30734)
**Jarz** - 919 7619 1672 (password: 311311)
**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)
**Nash** - 984 7035 0576 (password: 574662)
**Osterberger** - 954 9877 7674 (password: 111111)
**Pavich** - 963 988 4732 (password: 002002)
**Petrungaro** - 992 7448 0487 (password: 117117)
**Rickmon** - 959 2357 1680 (password: 201201)
**Rossi** - 912 2466 3711 (password: 129129)

| Procedure for attorneys or self-represented litigants using a computer with a camera & microphone | Procedure for using Zoom on cell phone: | Procedure for using Zoom on a landline or phone without Zoom app: |
|---|---|---|
| 1. Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there.<br><br>2. Once Zoom opens, click "join a meeting" on the upper right.<br><br>3. Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID.<br><br>4. Message box will appear. Click "open Zoom."<br><br>5. Message box will ask for the password. Input the assigned judge's password.<br><br>6. Screen should load, showing your face. Click "join with video."<br><br>7. Message box will appear, click "join with computer audio." | 1. Download the Zoom Cloud Meetings app on your cell phone.<br><br>2. Open the app and tap "Sign Up" (by following the prompts).<br><br>3. Tap "Join."<br><br>4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID.<br><br>5. Message box will ask for the password. Input the assigned judge's password.<br><br>6. Tap "Join with video."<br><br>7. Tap "call using internet audio."<br><br>8. Tap anywhere on the screen to make the header bars appear. | 1. Dial one of the below US dial-in numbers:<br><br>+1 312 626 6799<br>+1 929 436 2866<br>+1 301 715 8592<br>+1 669 900 6833<br>+1 253 215 8782<br>+1 346 248 7799<br><br>2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#).<br><br>3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#). |

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21

Will County Circuit Clerk
Twelfth Judicial Circuit Court
Atty No. 6276054
Electronically Filed
2021L 000843
Filed Date: 11/1/2021 12:00 AM
Envelope: 15413112
Clerk: ENK

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| BLUE WAY TRUCKING, INC. | ) | |
| | ) | |
| Plaintiff | ) | Case No. 2021L 000843 |
| vs. | ) | |
| | ) | |
| ARROW TRUCK SALES, | ) | |
| INCORPORATED | ) | |
| | ) | |
| Defendant. | ) | |

## VERIFIED COMPLAINT

NOW COMES BLUE WAY TRUCKING, INC. ("BLUE WAY") by and through their attorneys, Modestas Law Offices, P.C. and for their Verified Complaint allege as follows:

### *COUNT I - COMMON LAW FRAUD*

1. Plaintiff BLUE WAY TRUCKING, INC. ("BLUE WAY") is an Illinois Corporation whose principal place of business is in Bloomingdale, Illinois.

2. Defendant ARROW TRUCK SALES, INCORPORATED ("ARROW") is a Missouri Corporation doing business in Will County.

3. On or before August 27, 2020, Plaintiff communicated with Defendant about purchasing a 2016 Volvo VNL62T780 semi-truck. The VIN number was 4V4N99EHXGN950737.

4. ARROW represented the vehicle was a clean accident-free truck.

5. ARROW knowingly concealed the vehicle had been in an accident and the "Cab" portion was out of alignment.

6. ARROW knowingly concealed the vehicle was experiencing frame side sway as a result of an accident.

7. ARROW knowingly concealed the vehicle had a multitude of engine problems at the time Plaintiff test drove it.

8. ARROW knowingly provided a Record of Annual Inspection to Plaintiff which lists among other things that it's frame member and clearance was ok and that the truck was in good working condition. Neither of those statements were true.

Initial case management set for 02/18/2022 at 9:00 a.m.


9. On or about August 27, 2020, Plaintiff purchased the vehicle based on the representations made by Defendant.

10. Plaintiff was justified in relying on the representations made by Defendant.

11. Plaintiff was unable to use the vehicle for the purposes it was intended.

12. Plaintiff communicated to Defendant that he wanted them to take vehicle back and issue a full refund or allow him to trade the vehicle for one of comparable value which worked. Defendant refused to do either.

13. Plaintiff has been damaged in the amount of $52,536.60 by relying on Defendant's false statements.

WHERFORE, Plaintiff prays that this Honorable Court enter a judgment in its favor and against Defendant, in an amount to be determined at trial plus costs of suit and other relief this Court deems fair and just.

## COUNT II – VIOLATION OF THE UNIFORM DECEPTIVE TRADE PRACTICES ACT – 815 ILCS 510/2

14. Plaintiff restates and realleges paragraphs 1-13 of Count I as paragraph 14 in this Count II.

15. Plaintiff corporation is a "person" under 815 ILCS 505(1)(5) and therefore has standing to bring a cause of action under the 815 ILCS 510/2.

16. Defendant represented that the vehicle had characteristics it didn't have – that it was accident free and in good working condition.

17. Defendant's actions cause confusion to consumers and the marketplace and based on good faith information and belief is ongoing and persistent and a potential cause of future harm and must be stopped.

WHERFORE, Plaintiff prays that this Honorable Court enter a judgment in its favor and against Defendant for injunctive relief preventing ARROW from continuing to sell vehicles plus attorney fees pursuant to statute, costs of suit and other relief this Court deems fair and just.

Respectfully submitted,

Saulius Modestas
One of Plaintiff's Attorneys

* 5 0 1 2 0 3 6 0 *

Saulius Modestas
Modestas Law Offices, P.C.
401 S. Frontage Road, Ste. C
Burr Ridge, IL 60527
Tel: 630-323-8300
smodestas@modestaslaw.com
Atty No. 6278054

## VERIFICATION

STATE OF ILLINOIS    )
                     )   SS
COUNTY OF COOK       )

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to those matters therein stated to be on information and belief, and as to such matters I certify that I believe them to be true.

*Arkadiusz Walczyk* (signature)
Arkadiusz Walczyk, President
Blue Way Trucking, Inc.



\* 5 0 1 2 0 3 6 0 \*

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| BLUE WAY TRUCKING, INC. | ) | |
| | ) | |
| Plaintiff | ) | Case No. |
| vs. | ) | |
| | ) | |
| ARROW TRUCK SALES, | ) | |
| INCORPORATED | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF DAMAGES PURSUANT TO SUPREME COURT RULE 222

Affiant, an attorney, states, under penalties as provided by law pursuant to 735 ILCS 5/1-109, and being duly sworn on his oath that he is one of the attorneys and duly authorized agent of the Plaintiff in this matter.

Affiant states that the attached Complaint does seek damages in excess of $50,000.00.

AND FURTHER AFFIANT SAYETH NAUGHT.

_/s/ Saulius Modestas_
Saulius Modestas
One of Plaintiff's Attorneys

Saulius Modestas
Modestas Law Offices, P.C.
401 S. Frontage Road, Ste. C
Burr Ridge, IL 60527
Tel: 630-323-8300
smodestas@modestaslaw.com
Atty No. 6278054